IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 22

| | |
|---|---|
| THE HAMMOCKS, LLC, <br> d/b/a Richmond Hill Inn, <br>  Plaintiff <br> <br> V <br> <br> HARLEYSVILLE MUTUAL <br> INSURANCE COMPANY, <br>  Defendant | ORDER |

**THIS MATTER** is before the court on Brady A. Yntema's Application for Admission to Practice *Pro Hac Vice* of Veronica M. Waynor. It appearing that Veronica M. Waynor is a member in good standing with the New York State Bar and will be appearing with Brady A. Yntema, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Brady A. Yntema's Application for Admission to Practice *Pro Hac Vice* (#36) of Veronica M. Waynor is **GRANTED**, and that Veronica M. Waynor is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brady A. Yntema.

Signed: November 28, 2011

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge