IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv22

| | |
|---|---|
| THE HAMMOCKS, LLC, d/b/a )<br>Richmond Hill Inn, )<br>Debtor-in-Possession, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEYSVILLE MUTUAL )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is Defendant's Motion for Discovery Extension [# 42]. Defendant Harleysville Mutual Insurance Company requests a sixty day extension of time to serve is expert disclosures. Plaintiff objects to the granting of an extension of time. Upon consideration of the parties' briefs and the record in this case, and for good cause shown, the Court **GRANTS in part** the motion [# 42]. The Court **GRANTS** Defendant an extension through February 1, 2012, to serve its expert reports. Absent compelling circumstances, no further extension of this deadline shall be granted by the Court.

Signed: January 9, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge